UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
CARLOS RUIZ FLOREZ,     :
       :
                         Plaintiff,    :
       :         23-CV-1081 (VSB)
            -against-     :
       :         **ORDER**
240 WEST 52ND STREET, LLC and    :
KNICKERBOCKER SOCIAL, LLC,    :
       :
                  Defendants.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In light of the fact that counsel for Defendant Knickerbocker Social has appeared on the docket and filed a motion for extension of time to answer the complaint, (Docs. 7–8), Plaintiff is directed to file proof of service on Defendant Knickerbocker Social on the docket.

SO ORDERED.

Dated: February 28, 2023
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge