```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARLOS RUIZ FLOREZ,                                         :
                                                            :
                        Plaintiff,                          :
                                                            :          23-CV-1081 (VSB)
            -against-                                       :
                                                            :              ORDER
240 WEST 52ND STREET, LLC and                               :
KNICKERBOCKER SOCIAL LLC,                                   :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on February 8, 2023, (Doc. 1), and filed an affidavit of service for Defendant 240 West 52nd Street LLC ("240 West") on March 8, 2023, (Doc. 14). The deadline for Defendant 240 West to respond to Plaintiff's complaint was March 14, 2023. (*See* Doc. 14.) To date, Defendant 240 West has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against them. Accordingly, if Plaintiff intends to seek a default judgment against 240 West, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 3, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation against 240 West, I may dismiss this case against 240 West for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 20, 2023
             New York, New York

                                                                                      _____
                                                                             VERNON S. BRODERICK
                                                                             United States District Judge